**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Peta-Gaye Morrison,**

    *Plaintiff*,

v.                                            Case No: 8:20-cv-02540-VMC-AAS

**Sierra Financial, LLC,** *and*
**Blue Dart Ventures, LLC,**

    *Defendants*.

_____/

## NOTICE OF SETTLEMENT WITH DEFENDANTS NISWI, LLC AND PINNACLE ACQUISITIONS, LLC

In accordance with Local Rule 3.08, Plaintiff hereby provides notice that Plaintiff and Defendants Niswi, LLC and Pinnacle Acquisitions, LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Niswi, LLC and Pinnacle Acquisitions, LLC from this case with prejudice.

Nothing herein affects Plaintiff's claims against Defendants Sierra Financial, LLC or Blue Dart Ventures, LLC. Plaintiff dismissed the Iipay Nation of Santa Ysabel from this action, without prejudice, prior to removal of this action from state court.

Respectfully submitted on November 2, 2020.

                                                    /s/ *Bryan Geiger*
                                                    Bryan J. Geiger
                                                    Florida Bar # 119168
                                                    Seraph Legal, P.A.
                                                    2002 E. 5th Avenue, Suite 104
                                                    Tampa, FL 33605
                                                    (813) 321-2348
                                                    bgeiger@seraphlegal.com
                                                    Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 2, 2020 a true and correct copy of foregoing was filed electronically via CM/ECF and served via e-Notice to:

Zachary S. Foster
Quarles & Brady LLP
Zachary.foster@quarles.com

            */s/ Bryan J. Geiger*
            Bryan J. Geiger, Esq.
            FL Bar # 119168